UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

IN RE: MARTINO M. WILSON          :    CASE NO      17-12075
                                  :    CHAPTER      13
                                  :    JUDGE        BETH A. BUCHANAN
            DEBTOR(S)

---

**MOTION FOR MODIFICATION OF PLAN POST CONFIRMATION AND NOTICE**

The Debtor(s) hereby move the Court for an Order to modify the Chapter 13
Plan. Support for the motion is set forth in the following memorandum.

**MEMORANDUM IN SUPPORT**

1. A plan has been confirmed, and according to Form B22C, Debtor(s) is
    __x__ Above median income
    _____ Below median income


2. Date petition filed: 6/6/2017   Date of last modification: none

3. Date plan confirmed: 9/20/2017   Date last modification confirmed: none
   LBR 3015-2(b)(3) Dates of other modifications:  _____

4. Length of Plan (months): Current: _____60_____     Proposed:  60_____

5. Monthly Plan Payments: Current: $595.00_____  Proposed: $1,794.00_____

6. Percent to Unsecured Creditors: Current: _____47_% Proposed: _____47 %

**If the Plan proposes to lower the plan percentage to unsecured creditors,
Debtor(s) certify that the new plan percentage is consistent with:**

   **a. the liquidation analysis filed on _____(date) = _____% or Debtor(s)
       attach an amended liquidation analysis and will file it with the Court;
       and, if applicable,**

   **b. the DMI calculation of $____ x 60 = _____ divided by the total number of
       unsecured claims in the case of $ _____ = _____ %.**

7. Amended schedule I and J based upon current income are attached.

8. Reason for the modification, including any changes in circumstances since
last plan (indicate here if Debtor(s) can no longer meet DMI): The Plan herein
is being Modified to cure post-petition arrears which largely consists of a
projected escrow shortage and to hereafter pay the ongoing mortgage payment as
a conduit though the auspices of the Plan



**Attached is a list of the affected Creditors, applicable plan paragraphs
affected and proposed new plan treatment.**

    WHEREFORE, debtor(s) move(s) the Court to modify debtor(s)' plan as set
forth herein.

Respectfully submitted,

/s/ Steven V. Sorg
Steven V. Sorg
Attorney for Debtor(s)
Attorney Reg. No.059929)
300 E. Business Way, Suite 200
(513) 826-4408
(614) 987-2086 Facsimile
ssorg@amourgis.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion For Modification of Plan
Post Petition and Notice was served (i) **electronically** on the date of filing
through the court's ECF System on all ECF participants registered in this case
at the email address registered with the court and (ii) by **ordinary U.S. Mail**
on October, 20, 2017 addressed to:

Martino M. Wilson
6517 Greentree Drive
Cincinnati, OH 45224

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

Aqua Finance Inc
1 Corporate Dr
Wausau, WI 54401

Belden Jewelers/Sterling Jewelers,
Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309

Best Buy Credit Services
P.O. Box 78009
Phoenix, AZ 85062

Capital One
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Capital One / Menard
Attn: General
Correspondence/Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Citibank / Sears
Citicorp Credit Services/Attn:
Centraliz
Po Box 790040
Saint Louis, MO 63179

Citibank North America
Citicorp Credit Srvs/Centralized
Bankrup
Po Box 790040
Saint Louis, MO 63179

Citibank/The Home Depot
Citicorp Cr Srvs/Centralized
Bankruptcy
Po Box 790040
S Louis, MO 63129

City of Cincinnati
Finance & Budget
805 Central Ave. Suite 600
Cincinnati, OH 45202

Comenitycapital/gmstop
Comenity Bank
Po Box 182125
Columbus, OH 43218

Firts Premier Bank
601 S Minneapolis Ave
Sioux Falls, SD 57104

Joseph C. Neff, Esq.
Assistant City Solicitor
224 City Hall, 801 Plum St.
Cincinnati, OH 45202

Paula Boggs Muething
City Solicitor
224 City Hall, 801 Plum St.
Cincinnati, OH 45202

PayPal Credit
P.O. Box 105658
Atlanta, GA 30348

Synchrony Bank/Sams
Po Box 965060
Orlando, FL 32896

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274

Target
C/O Financial & Retail Srvs
Mailstopn BT POB 9475
Minneapolis, MN 55440

Time Warner Cable SWO Division
P.O. Box 1060
Carol Stream, IL 60132

US Bank/Rms CC
Card Member Services
Po Box 108
St Louis, MO 63166

Wells Fargo Bank Card
Mac F82535-02f
Po Box 10438
Des Moines, IA 50306

Wells Fargo Home Mortgage
8480 Stagecoach Cir
Frederick, MD 21701

/s/ Steven V. Sorg
Steven V. Sorg
Attorney for Debtor(s)
Attorney Reg. No.059929)
300 E. Business Way, Suite 200
(513) 826-4408
(614) 987-2086 Facsimile
ssorg@amourgis.com

## NOTICE

Your counsel has filed papers with the court to modify the plan.

Your rights may be affected.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy.   If you do not have one, you may wish to consult one.

If you do not want the court to grant the motion to modify the plan, or if you want the court to consider your views on the motion then within twenty-one (21) days from the date of service as set forth in the certificate of service below you or your attorney must file with the court a written request for a hearing {or, if the court requires a written response, an answer, explaining your position} at:

      Clerk of the US Bankruptcy Court
      Atrium Two, Suite 800
      221 East Fourth Street
      Cincinnati, Ohio 45202

      You must also mail a copy to:

Steven V. Sorg, Esq.            Margaret Burks, Chapter 13 Trustee
300 E. Business Way, Suite 200  600 Vine Street
Cincinnati, OH 45241            Suite 2200
                                Cincinnati, OH 45202

Office of the US Trustee
36 East Seventh Street
Suite 2030
Cincinnati, OH 45202

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date:  _____10/20/2017___              /s/Steven V. Sorg_____
                                       Debtor(s)' Counsel