**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: November 28, 2017**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-12075 |
| MARTINO M. WILSON | : | CHAPTER 13 |
| | : | JUDGE BUCHANAN |
| DEBTOR | | |
| | : | |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN
(DOC. 32)**

This matter is before the Court pursuant to the Debtor's Motion to Modify Plan (Doc. 32) and the Trustee's Objection thereto. The Chapter 13 Trustee, Margaret A. Burks, and Debtor's Counsel, Molly Slutsky Simons, agree to the following:

1. Trustee hereby withdraws her objection to Debtor's motion to modify plan.

2. Debtor's motion to modify plan is granted with the following conditions:

    a. The plan percentage shall remain at 47%.

    b. The plan payment shall be increased to $1794.00 for the remaining months of the plan.

    c. The plan length shall remain at 60 months.

    d. The Plan herein is being Modified to cure pre- and post-petition arrears which largely consists of a projected escrow shortage and to hereafter pay the ongoing mortgage payment as a conduit though the auspices of the Plan. The ongoing monthly payments shall be made in the amount of $1,102.18 starting with the payment due for November

2017. The prepetition arrearage in the amount of $1,289.61 shall be cured along with post-petition arrearage in the amount of $1,102.18 through October 2017 less suspense of $200 = $ 902.18 over the remaining life of the plan.

Mortgage creditor, shall file a Supplemental Proof of claim for the post petition arrears in the amount of $902. 18 within 30 days of the entry of this Agreed Order.  Should the Supplemental Proof of Claim not be filed within thirty (30 ) days, then it shall be disallowed and discharge upon completion of plan and discharge.

Agreed and
Served upon:
/s/ Margaret A. Burks
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH  45202
513 621-4488
513 621-2643  Facsimile

/s/ Molly Slutsky Simons
Molly Slutsky Simons (0083702)
Amourgis & Associates
300 E. Business Way
Cincinnati, OH 45241
 (513) 826-4407/ (614) 987-2086(fax)
msimons@amourgis.com

/s/ Matthew Murtland
Shapiro, Van Ess, Phillips & Barragate, LLP
4805 Montgomery Road, Suite 320
Cincinnati, OH 45212
513-396-8100
mmurtland@logs.com

Copies to: Default List

# # #