**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 22, 2018**

_____

```
              IN THE UNITED STATES BANKRUPTCY COURT
                   SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION

IN RE:                          :     CASE NO: 17-12075

    MARTINO M. WILSON
                                :     JUDGE BETH A. BUCHANAN
DEBTOR
                                :     ORDER GRANTING TRUSTEE'S OBJECTION
                                      TO SUPPLEMENTAL PROOF OF CLAIM
```

   This matter is before the Court on the Trustee's Objection to Supplemental Proof of Claim filed on 2/9/18 (Doc. 44).

   For the reason stated in the objection, the supplemental claim of the creditor is disallowed.

   Information regarding the objection is as follows:

   1.   Name of Creditor: WELLS FARGO BANK, N.A.
   2.   Creditor' Attorney: MATTHEW MURTLAND, ESQ.
   3.   Date Claim Filed: 2/1/18
   4.   Clerk Claim Number: 16
   5.   Grounds for Objection: Pursuant to the Agreed Order Granting Debtor's Motion to Modify Plan entered on 11/29/17 (doc. 38), the movant is permitted to file a supplemental proof of claim. If the supplemental claim is not filed within 30 days from the date of entry of said Agreed Order, then the claim will be disallowed and discharge upon completion of plan and discharge. The claim was not filed within the allotted time.

SO ORDERED.

PLEASE SERVE

Copies to:

Default List

WELLS FARGO BANK, N.A.
Creditor
DEFAULT DOCUMENT PROCESSING
MAC#N9286-01Y
1000 BLUE GENTIAN ROAD
EAGAN, MN 55121-7700
ATTENTION:  CONSTANCE ELAINE PETTY

MATTHEW MURTLAND, ESQ.
Creditor Counsel
SHAPIRO, VAN ESS, PHILLIPS & BARRAGATE, LLP
4805 MONTGOMERY ROAD, SUITE 320
CINCINNATI, OH 45212

# # #