**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: June 20, 2018**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT CINCINNATI DIVISION**

| | |
|---|---|
| **IN RE:** | **IN PROCEEDINGS UNDER CHAPTER 13** |
| **MARTINO M. WILSON** | **CASE NO: 17-12075** |
| **Debtor** | **JUDGE: BETH A. BUCHANAN** |

**AGREED ORDER REGARDING MOTION FOR RELIEF FROM STAY (DOC. #54)**
**(6517 Greentree Drive, Cincinnati, OH 45224)**

This matter came on for consideration upon the motion of Wells Fargo Bank, N.A., ("Movant") for Relief from Stay filed on May 7, 2018 (docket #54) and a Response filed by the Debtors regarding located at 6517 Greentree Drive, Cincinnati, OH 45224 (docket #58).

The Court finds that the parties have agreed that:

1. Debtors are delinquent **$2,703.44** derived through the following manner: three (3) post-petition payments of $1,102.18 (Apr. 2018 – June 2018) less a suspense balance of $603.10.

1

**IT IS THEREFORE ORDERED**

2. Within thirty (30) days of the time-stamped date of this Order, Creditor shall file a Supplemental Proof of Claim and in the amount of $2,703.44. If the Supplemental Claim is not filed within thirty (30) days of this Agreed Order, the claim will be deemed untimely, and not scheduled for payment; and upon completion of the Plan the balance represented by the Supplemental Proof of Claim will be discharged.

3. Debtors will modify their plan making their post-petition mortgage payment to Creditor a conduit payment through the Trustee. The Motion will be filed on or before June 20, 2018. Trustee will begin disbursing payments to Creditor, beginning July, 2018.

4. Upon the existence of a default, Movant's counsel shall send Debtors' counsel a 10-day notice of the intent to file an affidavit and order granting relief from stay.

5. If a default is not cured within that 10 day period, upon the filing of an affidavit by Movant attesting to the Debtors' default, an order shall be entered without further hearing, terminating the stay imposed by §362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns, to foreclose, repossess, replevin or otherwise execute upon its collateral which is the subject of this Agreed Order.

IT IS SO ORDERED.

SUBMITTED AND APPROVED BY:

/s/ Matthew Murtland
Matthew Murtland (0088290)
Shapiro, Van Ess, Phillips & Barragate, LLP
4805 Montgomery Road, Suite 320
Norwood, OH 45212
(513) 396-8100
(847) 627-8805-fax
Attorney for Movant
mmurtland@logs.com


/s/ Shawn Robert Ryan
Shawn Robert Ryan (0042267)
Michael E. Plummer & Associates
11 West 6th Street
Covington, KY 41011
859-581-5516
Fax : 859-581-5536
Email: shawnryanlaw@gmail.com


/s/ Margaret A. Burks
Margaret A. Burks, Esq. (OH-0030377)
CHAPTER 13 TRUSTEE
600 Vine Street, Suite 2200
Cincinnati, Ohio 45202
(513) 621-4488
(513) 621-2643 fax
mburks@cinn13.org


**SERVICE TO:  DEFAULT LIST**

###