UNITED STATES BANKRUPTCY COURT
Southern District of Ohio

IN RE: Martino M. Wilson          CASE NO: 17-12075

CHAPTER: 13

Debtor (s)
Martino M. Wilson

Notice of Withdrawal of Proof of Claim

Please be advised that Claim #17-1 filed on behalf of Wells Fargo Bank, N.A is being withdrawn per the Order filed on 09/06/18, Docket Entry # 83. Please use this notice as formal notification of the withdrawal of the Proof of Claim.

Property Address:

6517 GREENTREE DRIVE
CINCINNATI OH 45224

Claim Number: 17-1

09/18/2018          /s/Landis Benjamin Martin
Vice President Loan Documentation
Wells Fargo Bank, N.A.
Attn: Default Document Processing
1000 Blue Gentian Road, N9286-01Y
Eagan MN 55121-7700

**CERTIFICATE OF SERVICE**

In addition to the parties who will be served via the Court's ECF system, I certify that on 09/18/2018 served a true and correct copy of the above notice of withdrawal of proof of claim or amended proof of claim on the debtor(s) by U.S. mail at the address(es) listed on the court's docket, where the debtor is not represented by counsel.