**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: September 21, 2018**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO.  17-12075 |
| MARTINO M. WILSON | | CHAPTER 13 |
| | : | JUDGE  BETH A. BUCHANAN |
| DEBTOR(S) | | |

**AGREED ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN**
**(DOC. 65)**

This matter is before the Court pursuant to the Debtor's Motion to Modify Plan (Doc. 65) and the Trustee's Objection thereto. The Chapter 13 Trustee, Margaret A. Burks, and Debtor's Counsel, Shawn R. Ryan, agree to the following:

1. Trustee hereby withdraws her objection to Debtors' motion to modify plan.

2. Debtor's motion to modify plan is granted with the following conditions:

    a. The plan percentage shall remain 47%.

    b. The plan payment shall be increased to $1,950 beginning in October, 2018 for the remaining months of the plan.

    c. The plan length remains 60 months.

SO ORDERED.

Agreed By:

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney Reg No. OH 0066193

600 Vine Street
Suite 2200
Cincinnati, OH 45202
513 621-4488
513 621-2643 Facsimile

/s/ Shawn R. Ryan, Esq.
Shawn R. Ryan, Esq.
AMOURGIS & ASSOC.
Debtor's Counsel
300 E. Business Way, Suite 200
Cincinnati, Ohio 45241

Copies to: DEFAULT LIST