**Fill in this information to identify the case:**

Debtor 1: Martino M. Wilson

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of Ohio (State)

Case number: 1:17-bk-12075

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank, N.A., not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Last 4 digits** of any number you use to identify the debtor's account: 4 3 4 8

**Court claim no.** (if known): 1

**Property address:** 6517 Greentree Drive
Number    Street

Cincinnati    OH    45224
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 3,498.18

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 0.00

c. **Total.** Add lines a and b.    *Credit $282.97 in suspense    (c) $ 3215.21

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    05/01/2022
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Martino M. Wilson | Case number (if known) | 1:17-bk-12075 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

# Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

# Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Jon J. Lieberman
Signature

Date 08/01/2022

Print: Jon J. Lieberman
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sottile and Barile, Attorneys at Law

If different from the notice address listed on the proof of claim to which this response applies:

Address: 394 Wards Corner Road, Suite 180
Number    Street

Loveland    OH    45140
City    State    ZIP Code

Contact phone ( 513 ) 444 - 4100

Email bankruptcy@sottileandbarile.com

**RUSHMORE LOAN MANAGEMENT SERVICES**

| | | | | PAYMENT CHANGES | | |
|---|---|---|---|---|---|---|
| | | | DATE | P&I | Escrow | TOTAL | Reference |
| | | | 07/01/17 | 538.16 | 564.02 | 1,102.18 | |
| | | | 08/01/18 | 538.16 | 728.46 | 1,266.62 | |
| | | | 07/01/19 | 538.16 | 671.90 | 1,210.06 | |
| | | | 07/01/20 | 538.16 | 723.13 | 1,261.29 | |
| | | | 07/01/21 | 538.16 | 629.16 | 1,167.32 | NOPC filed with the court |
| | | | 11/01/21 | 538.16 | 627.90 | 1,166.06 | NOPC filed with the court |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |
| | | | | | | 0.00 | |

| Loan# | |
|---|---|
| Borrower: | Wilson |
| Date Filed: | 6/6/2017 |
| BK Case # | 17-12075 |
| First Post Petition Due Date: | 7/1/2017 |
| POC covers: | 6/1/2017 |
| MOD EFFECTIVE DATE: | |

| Date | Amount Recvd | Payment Type | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC DATE PAID | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Suspense Balance | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 8/17/2017 | $1,102.18 | Post | 7/1/17 | 6/1/17 | $1,102.18 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | |
| 9/15/2017 | $1,202.18 | Post | 8/1/17 | 7/1/17 | $1,102.18 | $100.00 | $100.00 | | $100.00 | | | | $0.00 | $0.00 | | |
| 10/12/2017 | $1,202.18 | Post | 9/1/17 | 8/1/17 | $1,102.18 | $100.00 | $100.00 | | $200.00 | | | | $0.00 | $0.00 | | |
| 1/30/2018 | $1,724.03 | Post | 10/1/17 | 9/1/17 | $1,102.18 | $621.85 | $621.85 | | $821.85 | | | | $0.00 | $0.00 | | |
| 2/28/2018 | $372.37 | Post | 11/1/17 | 10/1/17 | $1,102.18 | -$729.81 | | $729.81 | $92.04 | | | | $0.00 | $0.00 | | |
| 3/28/2018 | $492.08 | Post | | | | $492.08 | $492.08 | | $584.12 | | | | $0.00 | $0.00 | | |
| 4/24/2018 | $486.69 | Post | | | | $486.69 | $486.69 | | $1,070.81 | | | | $0.00 | $0.00 | | |
| 6/1/2018 | $1,102.18 | Post | 12/1/17 | 11/1/17 | $1,102.18 | $0.00 | | | $1,070.81 | | | | $0.00 | $0.00 | | |
| 6/1/2018 | $634.47 | Post | 1/1/18 | 12/1/17 | $1,102.18 | -$467.71 | | $467.71 | $603.10 | | | | $0.00 | $0.00 | | |
| 6/27/2018 | $1,804.17 | Post | 2/1/18 | 1/1/18 | $1,102.18 | $701.99 | $701.99 | | $1,305.09 | | | | $0.00 | $0.00 | | |
| | | Post | 3/1/18 | 2/1/18 | $1,102.18 | -$1,102.18 | | $1,102.18 | $202.91 | | | | $0.00 | $0.00 | | |
| 7/24/2018 | $798.75 | Post | | | | $798.75 | $798.75 | | $1,001.66 | | | | $0.00 | $0.00 | | |
| | $399.90 | Post | 4/1/18 | 3/1/18 | $1,102.18 | -$702.28 | | $702.28 | $299.38 | | | | $0.00 | $0.00 | | |
| 9/26/2018 | $1,382.00 | Post | 5/1/18 | 4/1/18 | $1,102.18 | $279.82 | $279.82 | | $579.20 | | | | $0.00 | $0.00 | | |
| | $304.83 | Post | | | | $304.83 | $304.83 | | $884.03 | | | | $0.00 | $0.00 | | |
| | $608.86 | Post | 6/1/18 | 5/1/18 | $1,102.18 | -$493.32 | | $493.32 | $390.71 | | | | $0.00 | $0.00 | | |
| 10/24/2018 | $1,531.87 | Post | 7/1/18 | 6/1/18 | $1,102.18 | $429.69 | $429.69 | | $820.40 | | | | $0.00 | $0.00 | | |
| 11/26/2018 | $1,266.62 | Post | 8/1/18 | 7/1/18 | $1,266.62 | $0.00 | | | $820.40 | | | | $0.00 | $0.00 | | |
| | $565.37 | Post | 9/1/18 | 8/1/18 | $1,266.62 | -$701.25 | | $701.25 | $119.15 | | | | $0.00 | $0.00 | | |
| | $109.16 | Post | | | | $109.16 | $109.16 | | $228.31 | | | | $0.00 | $0.00 | | |
| | $54.66 | Post | | | | $54.66 | $54.66 | | $282.97 | | | | $0.00 | $0.00 | | |
| 12/28/2018 | $1,453.82 | Post | 10/1/18 | 9/1/18 | $1,266.62 | $187.20 | $187.20 | | $470.17 | | | | $0.00 | $0.00 | | |
| | $16.73 | Post | | | | $16.73 | $16.73 | | $486.90 | | | | $0.00 | $0.00 | | |
| 2/1/2019 | $1,266.62 | Post | 11/1/18 | 10/1/18 | $1,266.62 | $0.00 | | | $486.90 | | | | $0.00 | $0.00 | | |
| 2/27/2019 | $1,266.62 | Post | 12/1/18 | 11/1/18 | $1,266.62 | $0.00 | | | $486.90 | | | | $0.00 | $0.00 | | |
| 3/27/2019 | | Pre | | | | $0.00 | | | $486.90 | | $205.76 | | $205.76 | $205.76 | | |
| 3/27/2019 | $1,266.62 | Post | 1/1/19 | 12/1/18 | $1,266.62 | $0.00 | | | $486.90 | | | | $205.76 | $205.76 | | |
| 4/25/2019 | | Pre | | | | $0.00 | | | $486.90 | | $1,029.48 | | $1,235.24 | $1,235.24 | | |
| 4/25/2019 | $1,266.62 | Post | 2/1/19 | 1/1/19 | $1,266.62 | $0.00 | | | $486.90 | | | | $1,235.24 | $1,235.24 | | |
| 5/30/2019 | | Pre | Pre | 2/1/19 | | $0.00 | | | $486.90 | | $54.37 | | $1,289.61 | $1,289.61 | | |
| | | Pre | | | | $0.00 | | | $486.90 | 6/1/2017 | | $1,102.18 | $187.43 | $1,289.61 | $564.02 | |
| 6/25/2019 | $1,266.62 | post | 3/1/19 | 3/1/19 | $1,266.62 | $0.00 | | | $486.90 | | | | $187.43 | $1,289.61 | | |
| 7/30/2019 | $1,210.06 | Post | 4/1/19 | 4/1/19 | $1,266.62 | -$56.56 | | $56.56 | $430.34 | | | | $187.43 | $1,289.61 | | |
| 8/28/2019 | $1,210.06 | Post | 5/1/19 | 5/1/19 | $1,266.62 | -$56.56 | | $56.56 | $373.78 | | | | $187.43 | $1,289.61 | | |
| 9/30/2019 | $1,210.06 | Post | 6/1/19 | 6/1/19 | $1,266.62 | -$56.56 | | $56.56 | $317.22 | | | | $187.43 | $1,289.61 | | |
| 10/23/2019 | $1,210.06 | Post | 7/1/19 | 7/1/19 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 11/27/2019 | $1,210.06 | Post | 8/1/19 | 8/1/19 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 12/23/2019 | $1,210.06 | Post | 9/1/19 | 9/1/19 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 1/31/2020 | $1,210.06 | Post | 10/1/19 | 10/1/19 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 2/27/2020 | $1,210.06 | Post | 11/1/19 | 11/1/19 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 3/26/2020 | $1,210.06 | Post | 12/1/19 | 12/1/19 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 4/28/2020 | $1,210.06 | Post | 1/1/20 | 1/1/20 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 5/27/2020 | $1,210.06 | Post | 2/1/20 | 2/1/20 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 7/1/2020 | $1,210.06 | Post | 3/1/20 | 3/1/20 | $1,210.06 | $0.00 | | | $317.22 | | | | $187.43 | $1,289.61 | | |
| 7/29/2020 | $1,261.29 | Post | 4/1/20 | 4/1/20 | $1,210.06 | $51.23 | $51.23 | | $368.45 | | | | $187.43 | $1,289.61 | | |
| 8/25/2020 | $1,261.29 | Post | 5/1/20 | 5/1/20 | $1,210.06 | $51.23 | $51.23 | | $419.68 | | | | $187.43 | $1,289.61 | | |
| 9/30/2020 | $1,261.29 | Post | 6/1/20 | 6/1/20 | $1,210.06 | $51.23 | $51.23 | | $470.91 | | | | $187.43 | $1,289.61 | | |
| 10/27/2020 | $39.60 | Post | | | | $39.60 | $39.60 | | $510.51 | | | | $187.43 | $1,289.61 | | |
| 11/25/2020 | $5.00 | Post | | | | $5.00 | $5.00 | | $515.51 | | | | $187.43 | $1,289.61 | | |
| 12/28/2020 | $2,193.75 | Post | 7/1/20 | 7/1/20 | $1,261.29 | $932.46 | $932.46 | | $1,447.97 | | | | $187.43 | $1,289.61 | | |
| | | Post | 8/1/20 | 8/1/20 | $1,261.29 | -$1,261.29 | | $1,261.29 | $186.68 | | | | $187.43 | $1,289.61 | | |
| 1/27/2021 | $1,344.62 | Post | 9/1/20 | 9/1/20 | $1,261.29 | $83.33 | $83.33 | | $270.01 | | | | $187.43 | $1,289.61 | | |
| 2/24/2021 | $1,813.52 | Post | 10/1/20 | 10/1/20 | $1,261.29 | $552.23 | $552.23 | | $822.24 | | | | $187.43 | $1,289.61 | | |
| 3/30/2021 | $2,171.25 | Post | 11/1/20 | 11/1/20 | $1,261.29 | $909.96 | $909.96 | | $1,732.20 | | | | $187.43 | $1,289.61 | | |
| | | Post | 12/1/20 | 12/1/20 | $1,261.29 | | | $1,261.29 | $470.91 | | | | $187.43 | $1,289.61 | | |
| 4/27/2021 | $1,261.29 | Post | 1/1/21 | 1/1/21 | $1,261.29 | $0.00 | | | $470.91 | | | | $187.43 | $1,289.61 | | |
| 5/26/2021 | $1,261.29 | Post | 2/1/21 | 2/1/21 | $1,261.29 | $0.00 | | | $470.91 | | | | $187.43 | $1,289.61 | | |
| 6/29/2021 | $1,261.29 | Post | 3/1/21 | 3/1/21 | $1,261.29 | $0.00 | | | $470.91 | | | | $187.43 | $1,289.61 | | |
| 7/28/2021 | $1,167.32 | Post | 4/1/21 | 4/1/21 | $1,261.29 | -$93.97 | | $93.97 | $376.94 | | | | $187.43 | $1,289.61 | | |
| 8/25/2021 | $1,167.32 | Post | 5/1/21 | 5/1/21 | $1,261.29 | -$93.97 | | $93.97 | $282.97 | | | | $187.43 | $1,289.61 | | |
| 8/26/2021 | | Escrow | | | | $0.00 | | | $282.97 | | | $751.45 | -$564.02 | $1,289.61 | $751.45 | |
| 9/29/2021 | $1,167.32 | Post | 6/1/21 | 6/1/21 | $1,167.32 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 10/26/2021 | $1,167.32 | Post | 7/1/21 | 7/1/21 | $1,167.32 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 11/23/2021 | $1,166.06 | Post | 8/1/21 | 8/1/21 | $1,166.06 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 12/29/2021 | $1,166.06 | Post | 9/1/21 | 9/1/21 | $1,166.06 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 1/31/2022 | $1,166.06 | Post | 10/1/21 | 10/1/21 | $1,166.06 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 2/25/2022 | $1,166.06 | Post | 11/1/21 | 11/1/21 | $1,166.06 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 3/29/2022 | $1,166.06 | Post | 12/1/21 | 12/1/21 | $1,166.06 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 4/27/2022 | $1,166.06 | Post | 1/1/22 | 1/1/22 | $1,166.06 | $0.00 | | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| 5/23/2022 | $2,289.97 | Post | 2/1/22 | 2/1/22 | $1,166.06 | $1,123.91 | $1,123.91 | | $1,406.88 | | | | -$564.02 | $1,289.61 | | |
| | | Post | 3/1/22 | 3/1/22 | $1,166.06 | -$1,166.06 | | $1,166.06 | $240.82 | | | | -$564.02 | $1,289.61 | | |
| 6/24/2022 | $1,208.21 | Post | 4/1/22 | 4/1/22 | $1,166.06 | $42.15 | $42.15 | | $282.97 | | | | -$564.02 | $1,289.61 | | |
| Pending | | Reversal | | | | $0.00 | | | $282.97 | | | -$564.02 | $0.00 | $1,289.61 | | |
| POST DUE | | | 5/1/22 | 5/1/22 | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |
| | | | | | | $0.00 | | | $282.97 | | | | $0.00 | $1,289.61 | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | |
|---|---|
| In Re: | Case No. 1:17-bk-12075 |
| Martino M. Wilson | Chapter 13 |
| Debtor. | Judge Jeffery P. Hopkins |

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Response to Notice of Final Cure Payment was served **electronically** on August 1, 2022 through the Court's ECF System on all ECF participants registered in this case at the e-mail address registered with the Court

And by **first class mail** on August 1, 2022 addressed to:

Martino M. Wilson, Debtor
6517 Greentree Drive
Cincinnati, OH 45224

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor